HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREGORY A. MYERS,<br><br>        Plaintiff,<br><br>v.<br><br>FLAGSTAR BANK, FSB<br><br>        Defendant. | CASE NO. C15-5067 RBL<br><br>ORDER DISMISSING PLAINTIFF'S CASE FOR LACK OF SUBJECT-MATTER JURISDICTION<br><br>Dkt. # 15 and 29 |

THIS MATTER comes before the Court on Defendant Flagstar's Motion to Dismiss [Dkt. # 15] and Plaintiff Gregory Myers' Second Amended Complaint [Dkt. # 29]. In its prior Order, the Court dismissed Myers' claims but granted him leave to amend his complaint to assert an actionable claim against Flagstar [Dkt. # 28].

Myers's Second Amended Complaint alleges that Flagstar violated 11 U.S.C. § 524(a) by mailing him monthly mortgage billing statements on a discharged debt. It asks the Court to hold Flagstar in contempt under 11 U.S.C. § 105.

An action for contempt based on violation of a discharge order must be brought by motion in the bankruptcy court. *See Barrientos v. Wells Fargo Bank, N.A.*, 633 F.3d 1186, 1189 (9th Cir. 2011); *see also Walls v. Wells Fargo Bank, N.A.*, 276 F.3d 502, 509 (9th Cir. 2002)

1  (reasoning that a bankruptcy judge who issued a discharge order giving rise to an injunction

2  should enforce it). Myer's Second Amended Complaint is DISMISSED WITHOUT

3  PREJUDICE under Fed. R. Civ. P. 12(h)(3) for lack of subject-matter jurisdiction.

4      IT IS SO ORDERED.

5      Dated this 15th day of October, 2015.

                                        Ronald B. Leighton
                                        United States District Judge